| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Monday, February 05, 2024 12:06 PM |
| **To:** | CASDdb_interdistricttransfer_casd |
| **Subject:** | Transferred case has been opened |

CASE: 3:23-cv-01537

DETAILS: Case transferred from California Southern has been opened in CENTRAL DISTRICT OF CALIFORNIA as case 2:24-cv-00861, filed 01/31/2024.